**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
:
**In re:** :
:
**Décor Holdings, Inc.,** : **Chapter 11**
:
                      **Debtor.** : **Case No.: 19- 71020 (REG)**
:
Tax Identification No.: 02-0564174 :
:
---------------------------------------------------------------- X
:
**In re:** :
:
**Décor Intermediate Holdings LLC,** : **Chapter 11**
:
                      **Debtor.** : **Case No.: 19-71022 (REG)**
:
Tax Identification No.: 81-4445414 :
:
---------------------------------------------------------------- X
:
**In re:** :
:
**The Robert Allen Duralee Group, Inc.,** : **Chapter 11**
:
                      **Debtor.** : **Case No.: 19-71023 (REG)**
:
Tax Identification No.: 04-2928435 :
:
---------------------------------------------------------------- X
:
**In re:** :
:
**The Robert Allen Duralee Group, LLC,** : **Chapter 11**
:
                      **Debtor.** : **Case No.: 19-71024 (REG)**
:
Tax Identification No.: 81-4601798 :
:
---------------------------------------------------------------- X

```
------------------------------------------------------------------ X
                                                                   :
In re:                                                             :
                                                                   :
The Robert Allen Duralee Group Furniture,                          :   Chapter 11
LLC,                                                               :
                                                                   :   Case No.: 19-71025 (REG)
                                    Debtor.                        :
                                                                   :
Tax Identification No.: 56-2352835                                 :
                                                                   :
------------------------------------------------------------------ X
```

## ORDER DIRECTING
## JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for an order directing joint administration of their chapter 11 cases for procedural purposes only; and upon the First Day Declaration; and this Court having found that: (a) it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (b) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) venue of these chapter 11 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion and the First Day Declaration establish just cause for the relief granted herein; and after due deliberation thereon and good and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

2. The above-captioned chapter 11 cases shall be jointly administered for procedural purposes only under the case of Décor Holdings Inc., *et al.* Case No. 19-71020.

3. The caption of the jointly administered chapter 11 cases shall be as follows:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
:
**In re:** : **Chapter 11**
:
**Décor Holdings, Inc., *et al.*,**[1] : **Case No. 19-71020 (REG)**
: **Case No. 19-71022 (REG)**
**Debtors.** : **Case No. 19-71023 (REG)**
: **Case No. 19-71024 (REG)**
: **Case No. 19-71025 (REG)**
:
: **Jointly Administered**
------------------------------------------------------------ X

4. A docket entry shall be made in each of the above-captioned chapter 11 cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Décor Holdings, Inc., Décor Intermediate Holdings LLC, The Robert Allen Duralee Group, Inc., The Robert Allen Duralee Group, LLC, and The Robert Allen Duralee Group Furniture, LLC, which have been commenced concurrently. The docket in the chapter 11 case of Décor Holdings, Inc., Case No. 19-71020 should be consulted for all matters affecting this case.

5. The Debtors are authorized and empowered to take any necessary actions to implement and effectuate the terms of this Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Décor Holdings, Inc. (4174); Décor Intermediate Holdings LLC (5414); The Robert Allen Duralee Group, Inc. (8435); The Robert Allen Duralee Group, LLC (1798); and The Robert Allen Duralee Group Furniture, LLC (2835). The corporate headquarters and the mailing address for the Debtors listed above is 49 Wireless Boulevard, Suite 150, Hauppauge, NY 11788. The Debtors also maintain a separate corporate office at 2 Hampshire Street, Suite 300, Foxboro, MA 02035.

6. Nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned chapter 11 cases.

7. The Debtors are authorized to file their monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issues by the United States Trustee for Region 2, on a consolidated basis but shall track and break out disbursements on a debtor-by-debtor basis in each monthly operating report.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

9. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: Central Islip, New York  
       February 13, 2019

Robert E. Grossman  
United States Bankruptcy Judge