**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
                                                                :
**In re:**                                                      :     **Chapter 11**
                                                                :
**Décor Holdings, Inc., *et al.*,**[1]                          :     **Case No. 19-71020 (REG)**
                                                                :     **Case No. 19-71022 (REG)**
                    **Debtors.**                                :     **Case No. 19-71023 (REG)**
                                                                :     **Case No. 19-71024 (REG)**
                                                                :     **Case No. 19-71025 (REG)**
                                                                :
                                                                :     **Jointly Administered**
----------------------------------------------------------------X

**OMNIBUS ORDER SCHEDULING EMERGENCY HEARING ON
SHORTENED NOTICE TO CONSIDER DEBTORS' "LIMITED FIRST DAY
MOTIONS"**

Décor Holdings, Inc. and its affiliated debtors (collectively, the "Debtors"), by and through their proposed counsel, Hahn & Hessen LLP, filed motions and stipulated order seeking an emergency hearing (collectively, the "First Day Motions")[2], including:

- *Application for an Order Appointing Omni Management Group, Inc. as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. §156(c), 11 U.S.C. 105(a), and E.D.N.Y. Administrative Order No. 658 Nunc Pro Tunc to the Petition Date* ("Omni Motion") [**D.I. 5**];

- *Motion of the Debtors for Entry of Interim and Final Orders Authorizing (A) the Debtors to (I) Continue to Use Their Existing Cash Management System and (II) Maintain Their Existing Bank Accounts, (B) Waiving the Requirements of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Décor Holdings, Inc. (4174); Décor Intermediate Holdings LLC (5414); The Robert Allen Duralee Group, Inc. (8435); The Robert Allen Duralee Group, LLC (1798); and The Robert Allen Duralee Group Furniture, LLC (2835). The corporate headquarters and the mailing address for the Debtors listed above is 49 Wireless Boulevard, Suite 150, Hauppauge, NY 11788. The Debtors also maintain a separate corporate office at 2 Hampshire Street, Suite 300, Foxboro, MA 02035.

[2] Copies of this Order and the First Day Motions may be obtained from the Court's website at http://www.nyeb.uscourts.gov/ by obtaining a PACER login and password from the Court's website (a PACER password is obtained by accessing the PACER website at: http://pacer.psc.uscourts.gov). The First Day Motions and this Order are also available at no cost on the following website maintained by the Debtors proposed claims and noticing agent in these chapter 11 cases: https://omnimgt.com/radg.

> *Section 345(b) of the Bankruptcy Code, and (C) Granting Certain Other Related Relief* ("Cash Management Motion") [**D.I. 14**];

- *Motion for Interim and Final Orders Authorizing the Debtors (I) to Pay or Honor (A) Prepetition Wages, Compensation, Employee Benefits, and Related Items, and (B) Prepetition Employee Payroll Taxes, Deductions, and Withholdings, and (II) to Continue the Employee Benefits in the Ordinary Course* ("Prepetition Wage Motion") [**D.I. 17**];

- *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)* ("DIP Financing Motion") [**D.I. 13**].

Upon the *Declaration of Lee Silberman in Support of Chapter 11 Petitions and First Day Motions* [**D.I. 1**]; and after due deliberation, and good and sufficient cause appearing for shortening notice of hearing on the Omni Motion, the Cash Management Motion, the Prepetition Wage Motion and the DIP Financing Motion (collectively, the "Limited First Day Motions") required under the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of New York (the "Local Rules"),

**IT IS HEREBY ORDERED THAT:**

1. The hearing (the "First Day Hearing") shall be held on **February 15, 2019 at 10:00 a.m. (prevailing Eastern Time)** before The Honorable Judge Robert Grossman, Courtroom 860, United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court"), 290 Federal Plaza, Central Islip, New York 11722, to consider the Limited First Day Motions.

2. On or before February 13, 2019 at 5:00 p.m. (prevailing Eastern Time), the Debtors shall serve a copy of this Order and the respective Limited First Day Motions (with

exhibits) by email or facsimile, or if the foregoing is unavailable, by overnight delivery, upon the following parties:

- Office of the United States Trustee for the Eastern District of New York;
- The Office of the United States Attorney for the Eastern District of New York;
- The Debtors' consolidated list of top 30 unsecured creditors;
- Any party asserting a lien upon substantially all of the Debtors' assets;
- The Internal Revenue Service;
- The Securities Exchange Commission;
- The Tax Division of the United States Department of Justice;
- The Office of the New York State Attorney General;
- The New York State Department of Taxation and Finance;
- Any party whose interests are adversely affected by a specific First Day Motion;
- Any Creditors Committee and its Counsel, if appointed; and
- Any party that has filed in this case a request for Notices with this Court.

3. The Debtors shall file a certificate of service with the clerk of the Bankruptcy Court by **February 14, 2019 at 10:00 a.m. (prevailing Eastern Time)**.

4.    Any responses or objections to the Limited First Day Motions may be presented at the First Day Hearing on **February 15, 2019 at 10:00 a.m. (prevailing Eastern Time)**.

5.    In accordance with Rule 9077-1(c) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of New York, notice of the First Day Hearing is shortened and shall be deemed sufficient and adequate if served in accordance with the terms of the Order.



**Dated: Central Islip, New York**
**February 13, 2019**

**Robert E. Grossman**
**United States Bankruptcy Judge**