**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Mark T. Power, Esq.
Janine M. Figueiredo, Esq.

*Proposed Counsel to Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- X
                                                                     :
**In re:**                                                           :    Chapter 11
                                                                     :
**Décor Holdings, Inc.,** *et al.*,[1]                               :    **Case No. 19-71020 (REG)**
                                                                     :    **Case No. 19-71022 (REG)**
                    **Debtors.**                                     :    **Case No. 19-71023 (REG)**
                                                                     :    **Case No. 19-71024 (REG)**
                                                                     :    **Case No. 19-71025 (REG)**
                                                                     :
                                                                     :    **Jointly Administered**
-------------------------------------------------------------------- X

## FIRST DAY HEARING AGENDA

| **Time and Date of Hearing:** | February 15, 2019 at 10:00 AM (Eastern) (the "First Day Hearing") |
|---|---|
| **Location of Hearing:** | Courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 |
| **Copies of First Day Motions:** | The motions to be heard at the First Day Hearing (the "First Day Motions") may be viewed on the Court's website (http://www.nyeb.uscourts.gov/) with a login and password to the Court's Public Access to Court Electronic Records. The First Day Motions are also available at no cost on the following website: https://omnimgt.com/radg. |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Décor Holdings, Inc. (4174); Décor Intermediate Holdings LLC (5414); The Robert Allen Duralee Group, Inc. (8435); The Robert Allen Duralee Group, LLC (1798); and The Robert Allen Duralee Group Furniture, LLC (2835).  The corporate headquarters and the mailing address for the Debtors listed above is 49 Wireless Boulevard, Suite 150, Hauppauge, NY 11788.  The Debtors also maintain a separate corporate office at 2 Hampshire Street, Suite 300, Foxboro, MA 02035.

I. **First Day Matters**

- *Application for an Order Appointing Omni Management Group, Inc. as Claims and Noticing Agent for the Debtors Pursuant to 28 U.S.C. §156(c), 11 U.S.C. 105(a), and E.D.N.Y. Administrative Order No. 658 Nunc Pro Tunc to the Petition Date* (the "Omni Motion") [**D.I. 5**];

- *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Use Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)* (the "DIP Financing Motion") [**D.I. 13**];

- *Motion of the Debtors for Entry of Interim and Final Orders Authorizing (A) the Debtors to (I) Continue to Use Their Existing Cash Management System and (II) Maintain Their Existing Bank Accounts, (B) Waiving the Requirements of Section 345(b) of the Bankruptcy Code, and (C) Granting Certain Other Related Relief* (the "Cash Management Motion") [**D.I. 14**];

- *Motion for Interim and Final Orders Authorizing the Debtors (I) to Pay or Honor (A) Prepetition Wages, Compensation, Employee Benefits, and Related Items, and (B) Prepetition Employee Payroll Taxes, Deductions, and Withholdings, and (II) to Continue the Employee Benefits in the Ordinary Course* (the "Prepetition Wage Motion") [**D.I. 17**].

Dated: February 14, 2019
New York, New York

                                      Respectfully submitted,

                                      /s/ Mark T. Power
                                    **HAHN & HESSEN LLP**
                                    488 Madison Avenue
                                    New York, New York
                                    Telephone: (212) 478-7200
                                    Facsimile: (212) 478-7400
                                    Mark T. Power, Esq.
                                    Janine M. Figueiredo, Esq.
                                    Jacob T. Schwartz, Esq.
                                    Jeremiah P. Ledwidge, Esq.

                                    *Proposed Counsel to the*
                                    *Debtors and Debtors in Possession*