| | |
|---|---|
| John A. Morris, Esq. | John W. Lucas, Esq. |
| PACHULSKI STANG ZIEHL & JONES LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| 780 Third Avenue, 34th Floor | 150 California Street, 15th Floor |
| New York, New York 10017-2024 | San Francisco, CA 94111 |
| Telephone:  (212) 561-7700 | Telephone: (415) 263-7000 |
| Facsimile:   (212) 561-7777 | Facsimile: (415) 263-7010 |
| jmorris@pszjlaw.com | Email: jlucas@pszjlaw.com |

*Counsel for Corber Corp., as agent for certain subordinated secured noteholders*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| Décor Holdings, Inc., *et al.*,[1] | Case No. 19-71020 (REG) |
| | Case No. 19-71022 (REG) |
| Debtors. | Case No. 19-71023 (REG) |
| | Case No. 19-71024 (REG) |
| | Case No. 19-71025 (REG) |
| | (Jointly Administered) |

---

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Corber Corp., as agent for certain subordinated secured noteholders ("Corber") hereby appears by its counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ").  PSZJ hereby enters its appearance pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above captioned chapter 11 cases.  PSZJ

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Décor Holdings, Inc. (4174); Décor Intermediate Holdings LLC (5414); The Robert Allen Duralee Group, Inc. (8435); The Robert Allen Duralee Group, LLC (1798); and The Robert Allen Duralee Group Furniture, LLC (2835). The corporate headquarters and the mailing address for the Debtors listed above is 49 Wireless Boulevard, Suite 150, Hauppauge, NY 11788. The Debtors also maintain a separate corporate office at 2 Hampshire Street, Suite 300, Foxboro, MA 02035.

requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Corber through service upon PSZJ, at the addresses and email addresses set forth below:

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>John A. Morris, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jmorris@pszjlaw.com | PACHULSKI STANG ZIEHL & JONES LLP<br>John W. Lucas, Esq.<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 263-7000<br>Facsimile: (415) 263-7010<br>Email: jlucas@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Corber, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any

proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Corber may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 14, 2019  PACHULSKI STANG ZIEHL & JONES LLP

John A. Morris, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jmorris@pszjlaw.com

/s/  *John W. Lucas*
John W. Lucas, Esq.
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: († 415) 263-7000
Facsimile: (415) 263-7010
Email: jlucas@pszjlaw.com

*Counsel for Corber Corp., as agent for certain subordinated secured noteholders*