Janice B. Grubin
Alex J. Chase
LeClairRyan PLLC
885 Third Avenue, 16th Floor
New York, New York 10022
(212) 634-5016

*Counsel to John Loecke Inc. d/b/a Madcap Cottage*

UNITED STATES BANKRUTPCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DÉCOR HOLDINGS, INC., *et al.*,[1] | Case No.: 19-71020 (REG) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF NOTICES OF**
**APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that LeClairRyan PLLC, hereby withdraws its appearances made in the above-captioned chapter 11 cases as counsel for John Loecke Inc. d/b/a Madcap Cottage ("*Madcap*") at Docket Nos 245 and 246. Therefore, please remove the following persons from the service list(s) for the above-captioned chapter 11 cases:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are: Décor Holdings, Inc. (4174); Décor Intermediate Holdings LLC (5414); The Robert Allen Duralee Group, Inc. (8435); The Robert Allen Duralee Group, LLC (1798); and The Robert Allen Duralee Group Furniture, LLC (2835). The corporate headquarters and the mailing address for the Debtors listed above is 49 Wireless Boulevard, Suite 150, Hauppauge, NY 11788. The Debtors also maintain a separate corporate office a 2 Hampshire Street, Suite 300, Foxboro, MA 02035.

Janice B. Grubin
LeClairRyan PLLC
885 Third Avenue, 16th Floor
New York, New York 10022
janice.grubin@leclairryan.com
Phone:  (212) 634-5016
Fax:     (212) 986-3509

and

Alex J. Chase
LeClairRyan PLLC
885 Third Avenue, 16th Floor
New York, New York 10022
alex.chase@leclairryan.com
Phone: (212) 430-8021
Fax:     (212) 634-5086

Date:   April 30, 2019                    LECLAIRRYAN PLLC
        New York, New York


                                          /s/ Janice B. Grubin
                                          Janice B. Grubin
                                          Alex J. Chase
                                          885 Third Avenue, 16th Floor
                                          New York, New York 10022
                                          Tel:  (212) 634-5016
                                          Fax:  (212) 634-5062
                                          Email:   janice.grubin@leclairryan.com


                                          *Counsel for John Loecke Inc. d/b/a Madcap Cottage*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April, 2019, a copy of the foregoing Withdrawal of Notices of Appearance and Request for Service of Papers was duly served on all parties receiving electronic notification in these cases from the Court ECF system.


/s/ Janice B. Grubin
Janice B. Grubin