UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x   Chapter 11

In re:                                                              Case No. 19-71020 (REG)
                                                                                               Case No. 19-71022 (REG)

Décor Holdings, Inc., *et al.*,[1]                                  Case No. 19-71023 (REG)
                                                                                               Case No. 19-71024 (REG)

                        Debtors.                                 Case No. 19-71025 (REG)

----------------------------------------------------------------x   (Jointly Administered)

### NOTICE OF MOTION TO WITHDRAW

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Zheng Gao, Esq., the undersigned respectfully move to withdraw as attorney of record for creditor, Triplex Shanghai Enterprises Co., Ltd., pursuant to Local Bankruptcy Rule Rule 2090-1(d). This request is being made as the undersigned will no longer be associated with KEVIN KERVENG TUNG, P.C. ("KKT"). No parties will be prejudiced in this matter as KKT will continue their representation as lead counsel of Triplex Shanghai Enterprises Co., Ltd.

Dated: February 21, 2020

                                                                      Respectfully submitted,

                                                                      /s/ Zheng Gao
                                                                      Zheng Gao, Esq.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Décor Holdings, Inc. (4174); Décor Intermediate Holdings LLC (5414); The Robert Allen Duralee Group, Inc. (8435); The Robert Allen Duralee Group, LLC (1798); and The Robert Allen Duralee Group Furniture, LLC (2835). The corporate headquarters and the mailing address for the Debtors listed above is 49 Wireless Boulevard, Suite 150, Hauppauge, NY 11788. The Debtors also maintain a separate corporate office at 2 Hampshire Street, Suite 300, Foxboro, MA 02035.