**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x

**In re:** Décor Holdings, Inc., d/b/a
The RAD Group, d/b/a
The Robert Allen Duralee
Group,

Debtor(s)

Case No. 19-71020-spg
Chapter: 11

---------------------------------------------------------------------------- x

Bryan Ryniker, in his capacity as Litigation Administrator of the Post-Confirmation Estates of Decor Holdings, Inc. et al.,

Plaintiff,

v.

Adv. Pro. No. 20-8130-spg

Sumec Textile Company Limited,

Defendant.

---------------------------------------------------------------------------- x

## ORDER REOPENING ADVERSARY PROCEEDING

**Whereas,** the above-captioned case having been initiated by the filing of an adversary complaint on August 25, 2050, and having been assigned to Bankruptcy Judge Robert E. Grossman, and having been closed on August 20, 2021; and

**Whereas,** the above-captioned case was remanded to Bankruptcy Court for further proceedings pursuant to District Court Judgment dated January 13, 2023 [dkt. 63]; and

**Whereas,** the above-captioned case was remanded to the Bankruptcy Court for further consideration pursuant to Order from Circuit Court dated May 27, 2026 [dkt. 105]; and

**Whereas**, the above-captioned case having been reassigned to Bankruptcy Judge Sheryl P. Giugliano by Order dated August 27, 2026 [dkt. 106]; it is

**ORDERED**, that this case be reopened without the payment of any reopening fee.

**Dated: Central Islip, New York**
**September 3, 2026**

Sheryl P. Giugliano
United States Bankruptcy Judge